## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**DAVID W. COCHRAN, #45284**                                                                 **PETITIONER**

**VERSUS**                                                      **CIVIL ACTION NO. 3:06cv8HTW-JCS**

**CHRISTOPHER EPPS, et al.**                                                                **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 18th day of September, 2006.

                                               s/ HENRY T. WINGATE
                                 CHIEF UNITED STATES DISTRICT JUDGE